UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROGERS

V.

POLICE OFFICER JAMAAL MILLER;
79TH PRECINCT; NEW YORK POLICE
DEPARTMENT; THE CITY OF NEW YORK

# 16CV4732

COMPLAINT
under the
Civil rights Act, U.S.C §1983

Jury Trial: Yes

I. Parties in this complaint:

Plaintiff    Michael C. Rogers
             ID # 15a3486
             Current institution: Downstate correctional facility
                                   Box F RedSchool house road
                                   Fishkill, New York 12524

Defendant No. 1: Jamaal Miller   Shield # NA
                 Police Officer, 79th Precinct
                 Brooklyn, New York 11216

Defendant No. 2. 79th Precinct Command
                 79th Precinct
                 Brooklyn, New York 11216

Defendant No. 3: New York Police Department
                 1 Police Plaza
                 New York, New York 10038

Defendant No. 4: The City of New York
                 City Hall, New York City 10007

II. Statement of Claim:

Officer Miller of the 79th Precinct acting in his official capacity
as a police officer of the NYPD, Used his position to fulfil his
personal vendetta against the complainant by Knowingly, Willingly and
intentionally arresting the complainant in the presence of gang members
that were at that time, under investigation by Police Officer Miller,
The 79th Precinct, The New York Police Department and the District
Attorney as well.

Officer Miller and his partner used derogatory and defamatory statements,
audibly while the complainant was placed under arrest, statements of
such nature as to place the life, safety, repose and quiet enjoyment of
the complainant at grave risk and danger.

The 79th Precinct as a command and the New York Police Department within its capacity, failed to properly address and correct the behavior of police officer Jamaal Miller although several complaints regarding his behavior was made by the complainant to the Internal Affairs Bureau division of the New York Police Department

The New York Police Department failed to properly address and correct the behavior of Police Officer Miller upon complaints made to the Internal Affairs Burea Division Of the New York Police Department and the Civilian Complaint Review Board (CCRB) after the complainant was arrested by Police Officer Jamaal Miller and His partner on August 16, 2013.

The Failure of the New York Police Department within its capacity and the 79th Precinct as a command, to admonish and or dicipline Police Officer Jamaal Miller allowed him uninhibitally to harass, Intimidate, arrest and disrupt the complainants repose and quiet enjoyment without concequence or the fear thereof.

      Facts: August 2, 2013 Police Officer Jamaal Miller made deragatory statements to the complainant while the complainant was kissing his girlfriend, while standing on the corner of Gates Ave and Throop Ave. Police Office Stated to the Complainants girlfriend "you can do better ma'am". Police Officer Jamaal Miller also shined a spotlight into the complainants face while delivering a tirade of obscenities before he drove away. The Complainant Immediately filed a complaint with the Internal Affairs Bureau Division of the New York Police Department.

      August 5, 2013 Police Officer Miller and his partner stopped and frisked the complainant without provocation, expressing distaste in regards to the complaint that was filed by the complainant. The complainant proceeded to the 79th Precinct whereupon the complainant requested to speak to a Supervisor. The Seargent at the desk was Summoned and the complainant explained to the Seargent that Police Officer Miller was Harrassing him and that a complaint was filed with the IAB. The Seargent reassured the complainant that the Police Officer would be addressed regarding this issue.

      August 16, 2013 Police Officer Jamaal Miller and His partner did falsely arrest the complainant in front of his residence of 349 Monroe St. Brooklyn, New York. Without Warrant, Suspicion, or Provocation Police Officer Jamaal Miller and His Partner Kicked the driver side door of the Complainants Girl friend Katherine Pfhol's Toyota Prius, while pointing his service weapon directly at the complainant. Police officer Jamaal Miller rear cuffed the complainant and began to parade the complainant back and forth before the onlooking pedestrians, neighbors and beknown to officer Miller at the time gang members, while shouting obscenities and and making statements to the onlookers that the complainant was "Drug dealing scum", and  "a Drug Dealing Piece of Explicit" and other statements to that effect.
      The Complainant was taken to the 79th Precinct, at which time the complainant was stripped searched and finger printed. The complainant was then processed and transported to 120 Schemerhorn upon which time arraingned on the single count of an open container.

      August 17,2013, the complainant was released from custody following arraignment. The Charge of "Open Container" was Dismissed. Upon the complainants arrival to his residence of 349 Monroe St. the complainant was confronted by members of a local street Gang regarding drugs and territory.

August 17, 2013 the complainant contacted the IAB and the Civilian complaint review Board and filed a complaint.

August 25, 2013, Police Office Jamaal Miller and his Partner encounterd the complainant once again within the vicinity of Lexington ave and Throop Ave. Police Officer Jamaal Miller and His partner began to Frisk and search the complainant while using obcenities and expressing their distaste towards the complainant for filing a complaint.

September 12, 2013, The complainant gave a sworn deposition to the CCRB and the following day the complainant was robbed at gun point in his home, by members of the local street gang known to Police Office Jamaal Miller, the 79th Precinct as a command and the NYPD as well.

## III. Injuries:

The Conduct and actions of Police Officer Jamaal Miller deprived the complainant of Liberty, repose and quiet enjoyment. The Conduct, Actions and Language towards the complainant was slanderous in nature to the degree that it Defamed the character of the complainant to a magnitude, that it irreversibly damaged the reputation of the complainant and placed the safety of the complainant, His family and home at grave risk and danger. The Livelihood of the complainant was also disrupted, whereas the complainant worked from home via internet as a Computer Technician for the website WWW.ROTTECUSA.COM, which was owned and operated by the complainant.

## IV.  Exhaustion of Administative Remedies:

The Complainant Filed complaints with the Internal Affairs Bureau Division of the New York Police Department regarding the behavior and conduct of Police Officer Jamaal Miller and his partner during an encounter that occured August 2, 2013.

The Complainanant filed a complaint with the Internal Affairs Bureau Division of the New york Police Department regarding the behavior language and conduct of Police officer Jamaal Miller and his Partner during an arrest of the complainant that occured August 16, 2013.

The Complainant filed a complaint with the Civilian Complaint Review Board (CCRB) regarding the events which occured during the arrest of the complainant and the conduct, behavior and language of Police Officer Jamaal Miller and his partner, on the evening of August 16, 2013.

The Complainant Gave a Sworn Deposition regarding the conduct and behavior of Police Officer Jamaal Miller and his partner, to Investigator Velazquez of the Civilian Complaint Review Board on September 12, 2016.

V. Relief:

      The claimaint seeks compensatory relief in the amount of $100,000,000 USD, For irreversible damage inccured as a result of the misconduct of Police Officer Jamaal Miller, his partner and deriliction of athourity in regards to laxidasical supervision by part of the 79th Precinct as a command and The New York Police Department within its capacity.


VI. Previous Lawsuits:

No other Lawsuits have been filed in State or Federal court dealig with facts involved in this action.


Signed this __15__ day of June, 2016. I declare under penalty of perjury that the forgoing is true and correct.

                                Michael Rogers 15A3486
                                Downstate Correctional Facility
                                Box F Redschool House Road
                                Fiskill, New York 12524


I declare under penalty of perjury that on this __15__ day of June,2016 I will deliver this complaint to Prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.


                Signature of Plantiff: _____


15 Sworn to before me this
__day of__ __June__ 20_16_
_Carmichael_
**Notary Public**

JUANITA CARMICHAEL
Notary Public, State of New York
No. 01CA6122155
Qualified in Dutchess County
Commission Expires Feb. 07, 20_19_

$ 01.78⁰

US POSTAGE
PITNEY BOWES

02 1M
0004379588   JUN 17 2016
MAILED FROM ZIP CODE 12524

UNITED STATES POSTAGE

LEGAL MAIL

DOWNSTATE
CORRECTIONAL
FACILITY

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 21  AM 9:37

Michael Rogers 15A3466
Downstate Correctional Facility
Box F Red Schoolhouse Road
Fishkill, New York 12524-0455

Attn: Clerk of Court
Pro Se Office
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan
United States COURTHOUSE
500 Pearl Street, Room 230
New York, New York 10007

USM
SDNY

LEGAL MAIL